THOMAS J. LIPTON, INC., Respondent, v. ALFONSO GIOIA & SONS, INC., Appellant. - (Appeal No. 1.) — Order unanimously reversed, with costs and motion granted. The denial of defendant's motion was an improvident exercise of discretion. (Appeal from order of Monroe Special Term denying motion

to renew motion to vacate statement of readiness.) Present — Goldman, P. J., Marsh, Moule, Cardamone and Simons, JJ.